UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MANNY PATEL,

     Plaintiff,

v.

YOUR HOME PROTECTORS, INC.,

     Defendant.

Case No. 2:25-cv-10145-SB-MAR

ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

     The complaint was filed on October 22, 2025.  More than 90 days have passed, and Plaintiff has not filed proof of service.  Plaintiff is ordered to show cause, in writing, no later than February 2, 2026, why this action should not be dismissed for lack of prosecution.  *See* Fed. R. Civ. P. 4(m) (setting 90-day time limit for service).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; L.R. 7-15.

     The Court will consider as an appropriate response to this order to show cause (OSC) the filing of proof of service showing that Defendant was served within the 90-day period or a showing of good cause supporting a request to extend the service period.  The filing of a proof of service shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be construed as consent to dismissal without prejudice of Plaintiff's claims.

Date: January 23, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1